**Dismissed and Memorandum Opinion filed December 16, 2014.**



In The

# Fourteenth Court of Appeals

### NO. 14-14-00775-CV

## IN THE INTEREST OF L.T.H., A CHILD

**On Appeal from the 309th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2012-70308**

## M E M O R A N D U M   O P I N I O N

Appellant, Alecia Lynn Howe, filed a notice of appeal on September 25, 2014, to appeal an order signed August 27, 2014. According to information provided to this court, it appears that appellant is attempting to appeal from an interlocutory order granting temporary relief. This court is unable to determine our jurisdiction, however, because no clerk's record has been filed.

The record in this appeal was due October 27, 2014. On November 19, 2014, the Harris County District Clerk's office notified this court that appellant has not paid for preparation of the record. The same day, the official court reporter for the 309th District Court notified this court that appellant has not made arrangements to

pay for preparation of the reporter's record.

In addition, our records show that appellant has not paid the $195.00 appellate filing fee. *See* Tex. R. App. P. 5 (requiring payment of fees in civil cases unless indigent); *see also* Order Regarding Fees Charged in Civil Cases in the Supreme Court and the Courts of Appeals and Before the Judicial Panel on Multidistrict Litigation, Misc. Docket No. 13-9127 (Tex. Aug. 16, 2013) (listing fees in court of appeals); Tex. Gov't Code § 51.207 (same). On October 8, 2014, this court notified appellant that the filing fee was past due and the appeal was subject to dismissal unless appellant paid the fee by October 20, 2014. No response was filed.

On November 20, 2014, notification was transmitted to all parties of the court's intention to dismiss the appeal for want of prosecution unless, within fifteen days, appellant paid or made arrangements to pay for the record and provided this court with proof of payment. *See* Tex. R. App. P. 37.3(b). Appellant has not provided this court with proof of payment for the record or filed any other response to the court's notice.

Accordingly, the appeal is ordered dismissed.

PER CURIAM

Panel consists of Justices Christopher, Donovan, and Wise.